## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **OLLIE TAYLOR,** | **:** | |
| **Petitioner,** | **:** | |
| | **:** | **CIVIL ACTION** |
| **v.** | **:** | |
| | **:** | **NO. 05-2504** |
| **GERALD ROZUM, et al.,** | **:** | |
| **Respondents,** | **:** | |
| | **:** | |

## ORDER

**AND NOW**, on this _____ day of October, 2005, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation (the "R&R") of United States Magistrate Judge Charles B. Smith (Doc. 6), **IT IS HEREBY ORDERED AND DECREED** that:

1.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.  The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is **DENIED**;

3.  A certificate of appealability is **NOT GRANTED**.

4.  The Clerk of the Court shall mark this case as **CLOSED.**

BY THE COURT:

_____

Hon. Petrese B. Tucker, U.S.D.J.